Bob L. Olson, Esq.
Nevada Bar No. 3783
Charles E. Gianelloni, Esq.
Nevada Bar No. 12747
V.R. Bohman, Esq.
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
       cgianelloni@swlaw.com
       vbohman@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL W. HARVEY,<br><br>            Plaintiff,<br><br>     v.<br><br>SILVER STATE SCHOOLS CREDIT UNION, DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendants. | Case No. 2:15-cv-02260-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: November 30, 2015 |

It is hereby stipulated by and between Plaintiff Michael Harvey ("Plaintiff"), through his attorney David Krieger, and Defendant Experian Information Solutions, Inc. ("Experian"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed his Complaint on November 30, 2015. Experian was served on December 7, 2015. The deadline for Experian to respond to the Complaint is currently set for December 28, 2015. In the interest of conserving client and judicial resources, Plaintiff and Experian stipulate and agree that Experian shall have until **January 18, 2016**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended

23194581

to cause any delay or prejudice to any party, but rather to allow the parties to discuss settlement.

DATED this 23rd day of December 2015.

SNELL & WILMER L.L.P.


By: */s/ Bob L. Olson*
Bob L. Olson, Esq.
Charles E. Gianelloni, Esq.
V.R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252

*Attorneys for Defendant Experian Information Solutions, Inc.*


HAINES & KRIEGER, LLC


By: */s/ David Krieger*
David H. Kireger, Esq.
8985 S. Eastern Avenue, Suite 370
Henderson, NV  89123
Telephone:  (702) 880-5554
Facsimile:  (702) 385-5518

*Attorneys for Plaintiff Michael W. Harvey*


**ORDER**

IT IS ORDERED THAT Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint shall be extended to on or before January 18, 2016.

**IT IS SO ORDERED**.

DATED this ___24___ day of December 2015.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

- 2 -

23194581