David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| Michael W. Harvey, | Case No. 2:15-cv-02260-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING** |
| SILVER STATE SCHOOLS CREDIT UNION, DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC, | |
| Defendants. | |

Plaintiff Michael W. Harvey and DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING ("Ditech Financial") hereby stipulate and agree that

…

…

…

…

…

Page **1** of **2**

the above-entitled action shall be dismissed without prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Ditech Financial**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:            February 19, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Gary E. Schnitzer, Esq.<br>Gary E. Schnitzer, Esq.<br>Kravitz, Schnitzer & Johnson, Chtd<br>*Attorney for Defendant* |

### **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 19, 2016