David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Michael W. Harvey*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Michael W. Harvey,<br><br>            Plaintiff,<br><br>v.<br><br>SILVER STATE SCHOOLS CREDIT UNION, DITECH FINANCIAL, LLC F/K/A GREEN TREE SERVICING, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>            Defendants. | **Case No. 2:15-cv-02260-GMN-VCF**<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

   Plaintiff Michael W. Harvey hereby moves that the above-entitled action

…

…

…

…

…

…

Page **1** of **2**

shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:             July 21, 2016

| | |
|---|---|
| By: | By: |
| /s/David H. Krieger, Esq. | /s/V.R. Bohman, Esq. |
| David H. Krieger, Esq. | V.R. Bohman, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | *Attorney for Defendant Experian Information Solutions, Inc.* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: ___August 10, 2016___